**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:　　　　　　　　　　　　　　CHAPTER 13 CASE NO.:

CLAYTON PRINCE and
BRENDA PRINCE　　　　　　　　　　　　　　　　18-12343-JDW

### ORDER GRANTING MOTION TO DISMISS (DKT. #39)

THIS MATTER came before the Court on the Motion to Dismiss (Dkt. #39) (the "Motion") filed by Locke D. Barkley, Chapter 13 Trustee (the "Trustee"), and the response thereto filed by the Debtors (Dkt. #41). Both the Debtors' counsel and the Debtors were present in defense of the Motion. The Court does hereby order as follows:

IT IS ORDERED that the Motion shall be and is hereby granted and this case shall be and is hereby dismissed.

##END OF ORDER##

SUBMITTED BY:

/s/ Melanie T. Vardaman
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, Miss.  39211
(601) 355-6661
ssmith@barkley13.com